**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>ENTRUST ENERGY, INC., *et al.*,<br><br>        Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 21-31070 (MI) |
| ANNA PHILLIPS, as trustee of the ENTRUST<br>LIQUIDATING TRUST,<br><br>        Plaintiff,<br><br>    v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS,<br>INC.,<br><br>        Defendant. | Adv. Proc. No. 22-03018 (DRJ) |

**<u>STIPULATION FOR REMOTE HEARING PARTICIPATION</u>**

This Stipulation is made pursuant to paragraph 3(B)(2) of the Southern District of Texas Post-COVID Reopening Plan.

1.      The parties to this Stipulation are:

| Name of Party | Name of Counsel | Counsel's Law Firm |
|---|---|---|
| Anna Phillips, as trustee of the Entrust Liquidating Trust | Debbie Green | McDermott Will & Emery LLP |
| Electric Reliability Council of Texas, Inc. | Jamil N. Alibhai | Munsch Hardt Kopf & Harr, P.C. |

2.      This Stipulation pertains to the hearing scheduled for July 8, 2024, 3:30 PM on the status of adversary proceeding.

3.      Select all that apply:

| | |
|---|---|
| X | Counsel for Anna Phillips, as trustee of the Entrust Liquidating Trust and Electric Reliability Council of Texas, Inc. will only appear remotely at the hearing identified in paragraph 2. This stipulation applies to all counsel who may be acting for the identified parties. |
| | Witnesses will only appear remotely at the hearing identified in paragraph 2 |
| | Witnesses will appear both remotely and in-person. Counsel must provide a list identifying which witnesses will appear remotely and which will appear in person. |
| | Other: |

4.      This Stipulation is binding when it is electronically filed with the Clerk. This Stipulation may not be modified except by Court order.


Dated: July 2, 2024

**MCDERMOTT WILL & EMERY LLP**

*/s/ Debbie E. Green*
Charles R. Gibbs (TX Bar No. 7846300)
Debbie E. Green (TX Bar No. 24059852)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
crgibbs@mwe.com
dgreen@mwe.com

Darren Azman (*pro hac vice*)
Guyon H. Knight (*pro hac vice*)
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
dazman@mwe.com
gknight@mwe.com

**COUNSEL FOR ANNA PHILLIPS, AS TRUSTEE OF THE ENTRUST LIQUIDATING TRUST**

**MUNSCH HARDT KOPF & HARR, P.C.**

*/s/ Jamil N. Alibhai*
Kevin M. Lippman
Texas Bar No. 00784479
klippman@munsch.com
Deborah Perry
Texas Bar No. 24002755
dperry@munsch.com
John Cornwell
Texas Bar No. 24050450
jcornwell@munsch.com
Jamil N. Alibhai
Texas Bar No. 00793248
jalibhai@munsch.com
Ross H. Parker
Texas Bar No. 24007804
rparker@munsch.com
Julian P. Vasek
Texas Bar No. 24070790
jvasek@munsch.com
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

**COUNSEL FOR ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.**