United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>ENTRUST ENERGY, INC. *et al.*[1]<br>　　　Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 21-31070 (MI) |
| ANNA PHILLIPS, as trustee of the ENTRUST LIQUIDATING TRUST,<br>　　　Plaintiff,<br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br>　　　Defendant. | Adv. Proc. No. 22-3018 (MI) |

## AGREED ORDER

The United States Court of Appeals for the Fifth Circuit (the "Fifth Circuit") having issued its decision regarding Defendant's appeal and Plaintiff's cross-appeal of this Court's September 20, 2022 *Order Granting in Part and Denying in Part ERCOT's Motion to Dismiss Amended Complaint and for Abstention* [Docket No. 66] in Case No. 22-20603 on April 29, 2024, and the Fifth Circuit's mandate having issued on May 21, 2024; and the parties having agreed to entry of this order; it is hereby ORDERED as follows:

---

[1] The Debtors in these chapter 11 cases that are subject to the Plan and the Trust Agreement are: Entrust Energy, Inc.; Entrust Treasury Management Services, Inc.; Entrust Energy East, Inc.; Power of Texas Holdings, Inc.; Akyta Holdings, Inc.; Enserve, Inc.; Akyta, Inc.; Energistics, Inc.; and NGAE, Inc.  The Liquidating Trustee's mailing address is P.O. Box 500787, Atlanta, Georgia 31150.

No chapter 11 plan has been confirmed in the cases of the following Debtors: Knocked, Corp.; SPH Investments, Inc.; Akyta IP, Inc.; Surge Direct Sales, Inc.; Entrust Energy Operations, Inc.; and Strategic Power Holdings, LLC.

1. Counts I-IV of the First Amended Complaint are hereby dismissed.

2. Counts V and VI of the First Amended Complaint are abated pending further order of the Court.

Signed: July 15, 2024

_____
Marvin Isgur
United States Bankruptcy Judge

AGREED BY:

| **MCDERMOTT WILL & EMERY LLP** | **MUNSCH HARDT KOPF & HARR, P.C.** |
|---|---|
| */s/ Debbie E. Green* | */s/ Jamil N. Alibhai* |
| Charles R. Gibbs (TX Bar No. 7846300) | Kevin M. Lippman |
| Debbie E. Green (TX Bar No. 24059852) | Texas Bar No. 00784479 |
| 2501 North Harwood Street, Suite 1900 | klippman@munsch.com |
| Dallas, Texas 75201-1664 | Jamil N. Alibhai |
| Telephone: (214) 295-8000 | Texas Bar No. 00793248 |
| Facsimile: (972) 232-3098 | jalibhai@munsch.com |
| crgibbs@mwe.com | 4000 Ross Tower |
| dgreen@mwe.com | 500 N. Akard Street |
|  | Dallas, Texas 75201-6659 |
| Darren Azman (*pro hac vice*) | Telephone: (214) 855-7500 |
| One Vanderbilt Avenue | Facsimile: (214) 855-7584 |
| New York, New York 10017 | |
| Telephone: (212) 547-5400 | |
| Facsimile: (212) 547-5444 | |
| dazman@mwe.com | |
| | |
| **COUNSEL FOR ANNA PHILLIPS, AS TRUSTEE OF THE ENTRUST LIQUIDATING TRUST** | **COUNSEL FOR ELECTRIC RELIABILITY COUNCIL OF TEXAS** |